# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150530 & (17)(18)(21)
(23)(24)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v               SC: 150530
              COA: 323558
              Cass CC: 13-010127-FC

RICHARD LEROY TIGHE, JR.,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the October 20, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Cass Circuit Court for reconsideration of the defendant's issue regarding the assessment of court costs. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court. The motions to amend, for "summary of judgment," for bond pending appeal, and for immediate consideration are DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



Clerk

d0718